UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKY KOCH, et al | CIVIL ACTION |
| VERSUS | NO. 13-205 |
| UNITED STATES OF AMERICA | SECTION "E" (2) |

# J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered July 7, 2015 (R. Doc. 128) and the Order entered July 22, 2015 (R. Doc. 132), accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiffs Ricky Koch and Susan Koch and against defendant United States of America for the following amounts, plus post judgment interest at the federal rate:

Ricky Koch:

| | |
|---|---|
| A. Past Medical Expenses | $120,145.56 |
| B. Future Medical Expenses | $475,265.53 |
| C. Past Lost Wages | $215,238.00 |
| D. Future Lost Wages | $572,688.00 |
| E. Pain and Suffering | $1,300,000.00 |

Susan Koch:

| | |
|---|---|
| A. Loss of Consortium | $150,000.00 |

Intervenor American Interstate Insurance Company has a lien on the judgment to the extent of compensation benefits already paid.

New Orleans, Louisiana, this 22nd day of July, 2015.

SUSIE MORGAN
UNITED STATES DISTRICT JUDGE